IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC R. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv700-MHT |
| | ) | |
| TOWN OF WHITE HALL, | ) | |
| ALABAMA, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion in limine (Doc. No. 66) is denied as moot.

DONE, this the 29th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE