IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CEDRIC R. WILLIAMS,          )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:05cv700-MHT
                             )             (WO)
TOWN OF WHITE HALL,          )
ALABAMA, etc., et al.,       )
                             )
    Defendants.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Town of White Hall, Alabama, White Hall Bingo Commission, Sellers Day Care, Inc., Fair Trade Ventures, Ltd., and Chad Dickie's motions for summary judgment (Doc. Nos. 46 & 47) are granted as to plaintiff Cedric R. Williams's federal claim.

(2) Judgment is entered in favor of defendants Town of White Hall, Alabama, White Hall Bingo Commission,

Sellers Day Care, Inc., Fair Trade Ventures, Ltd., and Dickie and against plaintiff Williams on plaintiff Williams's federal claim, with plaintiff Williams taking nothing as to said claim.

(3) Plaintiff Williams's state-law claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Williams, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of September, 2006.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE